## COURT OF APPEALS, JUNE TERM, 1802.

### Contee *vs.* Findley *et al.*

**Error** to the General Court. The judgment in the court below was for the defendants in error upon a verdict in an action of *assumpsit* on an account stated. The verdict included the principal sum due, with interest calculated thereon to the time of the verdict.

The question here was, on *affirming* the judgment, whether there should be interest allowed, by way of damages, on the whole sum recovered in the general court, from the date of the recovery to this time?

*It is within the discretion of the court of appeals to give interest by way of additional damages On a judgment founded on a verdict for damages including interest, the court of appeals will permit interest to be calculated thereon from the date of the judgment until its affirmance in such court, and award the same by way of additional damages*

*Buchanan,* for the defendants in error, cited *Hook vs. Botler(a),* in which case this court *reversed* a judgment for the defendant below, and gave one for the plaintiff for the sum he ought to have recovered, and damages to the amount of interest on the principal sum to the time of the reversal. He also cited *Howard vs. Warfield(b).* He said interest was given by way of damages, in cases like the present, in this court, as a matter of course.

(*a*) 3 *Harr. & M'Hen.* 348. The judgment was there entered for £120, the sum found due to the plaintiff below by the verdict, and £28 16 0 additional damages, and costs.

(*b*) 4. *Harr. & M'Hen.* 21.

*Key,* for the plaintiff in error, contended that it would be allowing compound interest, which the court never permitted to be recovered.

RUMSEY, Ch. J. Said it was a mistaken idea that interest was *always* given by this court as a matter of course. It is in their discretion, and they will allow interest, in the nature of damages, in such cases as they think it should be allowed.

In this case the court direct the interest to be calculated on the whole sum recovered in the court below, and award the same by way of additional damages.